the bond, are identical with those obtaining in Case No. 4851, United States Fidelity & Guaranty Company v. State of Arizona and County of Maricopa, 65 Ariz. 212, 177 P.2d 823. Upon stipulation the cases were ordered consolidated on appeal and submitted on one set of briefs. Our disposition of Case No. 4851 (James) and the law held to be applicable in that case are determinative of this appeal. Accordingly, the judgment is affirmed.

---

177 P.2d 829

**UNITED STATES FIDELITY & GUARANTY CO., a Corporation, Appellant, v. STATE of Arizona, and County of Maricopa, Appellees.**

No. 4858.

Supreme Court of Arizona.

Feb. 24, 1947.

E. G. Frazier and Charlie W. Clark, both of Phœnix, for appellant.

John L. Sullivan, Atty. Gen., John W. Rood, Asst. Atty. Gen., and Edwin Beauchamp, County Atty., and Fred J. Hyder, Deputy County Atty., both of Phœnix, for appellees.

PER CURIAM.

The facts pertaining in this case, other than the offense stated and the amount of